IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TURNER,<br>       Petitioner,<br>       v.<br>TOM LAVAN, WARDEN, S.C.I.<br>DALLAS,<br>       Respondent | Case No. 3:01-cv-373-KRG-KAP |
| CHARLES TURNER,<br>       Petitioner,<br>       v.<br>TOM LAVAN, WARDEN, S.C.I.<br>DALLAS,<br>       Respondent | Case No. 3:01-cv-374-KRG-KAP |

### Memorandum Order

Petitioner's motions at docket no. 24 in Case No. 3:01-cv-373-KRG-KAP and docket no. 25 in Case No. 3:01-cv-374-KRG-KAP that seek to vacate the judgments entered in 2004 denying the petitioner's habeas corpus petitions were referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on August 4, 2014, docket no. 27 in Case No. 3:01-cv-373-KRG-KAP and docket no. 28 in Case No. 3:01-cv-374-KRG-KAP, recommending that the motions be denied.

The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to serve and file written objections to the Report and Recommendation. Petitioner filed objections at docket no. 28 and docket no. 29 (styled as a "Motion to Point Out") in Case No. 3:01-cv-373-KRG-KAP and at docket no.

29 in Case No. 3:01-cv-374-KRG-KAP, that I have reviewed and find meritless.

After de novo review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 7th day of October, 2014, it is

ORDERED that the petitioner's motions to vacate the judgment, docket no. 24 in Case No. 3:01-cv-373-KRG-KAP and docket no. 25 in Case No. 3:01-cv-374-KRG-KAP, are denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Charles Turner DK-3161
S.C.I. Dallas
1000 Follies Road
Dallas, PA 18612